IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC.,<br><br>　　Defendants. | §§§§§§§§§§§§§ CASE NO. 6:20-cv-00891-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that attorney Ryan S. Loveless of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Loveless hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated:**　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/ *Ryan S. Loveless*

　　　　　　　　　　　　Ryan S. Loveless
　　　　　　　　　　　　Texas State Bar No. 24036997
　　　　　　　　　　　　ETHERIDGE LAW GROUP, PLLC
　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　Southlake, Texas 76092
　　　　　　　　　　　　Telephone: (817) 470-7249
　　　　　　　　　　　　Facsimile: (817) 887-5950
　　　　　　　　　　　　Ryan@EtheridgeLaw.com

# CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on .

*/s/ Ryan S. Loveless*

Ryan S. Loveless