IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC.,<br><br>　　Defendants. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:20-cv-00891-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that attorney Jefferey Huang of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Huang hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: October 3, 2020**　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey Huang*
　　　　　　　　　　　　　　　　　　　Jeffrey Huang
　　　　　　　　　　　　　　　　　　　California State Bar No. 266774
　　　　　　　　　　　　　　　　　　　ETHERIDGE LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　　　Southlake, Texas 76092
　　　　　　　　　　　　　　　　　　　Telephone: (817) 470-7249
　　　　　　　　　　　　　　　　　　　Facsimile: (817) 887-5950
　　　　　　　　　　　　　　　　　　　jeff@etheridgelaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on October 3, 2020.

*/s/ Jeffrey Huang*
Jeffrey Huang