# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-891-ADA |
| HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC. | § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. ("Defendants") hereby file this Notice of Appearance and informs the Court that the following attorney has entered this action as counsel for Defendant:

Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
shassett@mcguirewoods.com

In connection with this Notice, Mr. Hassett requests that his appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on him.

Dated: January 5, 2021

Respectfully submitted,

/s/ Shaun W. Hassett
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Facsimile: (214) 932-6499
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on January 5, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Shaun W. Hassett
Shaun W. Hassett